IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| KYLEE GORDON, | * |
| Plaintiff, | * |
| v. | Case No.  7:17-cv-196(WLS) |
| | * |
| CBV COLLECTIONS, INC., | |
| | * |
| Defendant. | |
| _____ | * |

**J U D G M E N T**

Pursuant to this Court's Order dated December 20, 2018, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 21st day of December, 2018.

David W. Bunt, Clerk

s/ Robin L. Walsh, Deputy Clerk